IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PATRICIA COSTELLO<br><br>　　　Plaintiff<br><br>vs.<br><br>B&T FINANCIAL SERVICES, LLC<br><br>　　　Defendant | CIVIL ACTION NO.: 2:10-cv-06278-JD |

**STIPULATION AND NOTICE OF SETTLEMENT**

COME NOW, Plaintiff Patricia Costello and Defendant B&T Financial Services, LLC, by and through their respective counsel of record in this action, and hereby stipulate and notify the Court as follows:

1. The parties have reached a settlement of this matter in its entirety and anticipate completing said settlement within the next thirty (30) days.

2. The parties respectfully request that this Court vacate the April 6, 2011 deadline for Defendant to serve a response to the Complaint, as set for in the March 30, 2011 correspondence received from George Wylesol, Deputy Clerk to the Honorable Jan E. DuBois.

3. The parties will file a stipulation to dismiss this action with prejudice and in its entirety as soon as the settlement is completed.

AND SO STIPULATED.

/s/ Ronald S. Canter
Ronald S. Canter, Esquire
The Law Offices of Ronald S. Canter, LLC
11300 Rockville Pike, Suite 1200
Rockville, MD  20852
Attorney for Defendant

/s/ Thomas M. Nicely
Thomas M. Nicely, Esquire
Legal Helpers, PC
111 S. Independence Mall East, Suite 555
Philadelphia, PA  19106
Attorney for Plaintiff

CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and correct copy of the foregoing was served upon the individual listed below by Electronic notification on this 1st day of April, 2011 to:

> Thomas M. Nicely, Esquire
> 111 S. Independence Mall East, Suite 555
> Philadelphia, PA  19106
> Attorney for Plaintiff

> /s/ Ronald S. Canter
> Ronald S. Canter, Esquire
> Attorney for Defendant